(121 So. 697)

## W. E. FUQUA v. CITY OF MOBILE.
### (1 Div. 548.)

Supreme Court of Alabama. April 11, 1929.

See, also, ante, p. 1, 121 So. 696.

Smiths, Young & Johnston, of Mobile, for petitioner.

Vincent F. Kilborn, of Mobile, opposed.

GARDNER, J. Petition of W. E. Fuqua for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Fuqua v. City of Mobile, 121 So. 693.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.